# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD S. LEPRE, JR., | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 12-545 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| ECMC, | ) | |
| | ) | |
| Appellee. | ) | |

# **ORDER**

On May 11, 2012, Appellant hand delivered to the Clerk's Office a document, attached as an Appendix hereto, entitled, "Certification to Court of Appeals by All Parties." Although the Clerk's Office received and time-stamped the submission, the undersigned hereby directs the Clerk not to file the document in the above-captioned case.

The purpose of the form submitted by Appellant, Official Bankruptcy Form 24, is to secure before the District or Bankruptcy Court a certification that, based on certain enumerated statutory factors, "direct review by the court of appeals" is appropriate. *See* In re Crescent Res., LLC, 2012 WL 691876, *2-3 (Bankr. W.D. Tex. Mar. 2, 2012) (emphasis added, citations to quoted sources omitted) (explaining, generally, Official Form 24 and 28 U.S.C. § 158(d)(2)).

As to Appellant's request that the government pay for his bankruptcy transcripts, although Official Form 24 and this Court's prior Orders do contain the word "certification," that is the full extent to which they are conceivably interrelated. Appellant does not need certification before the District or Bankruptcy Court that direct review by the court of appeals is appropriate under Section 158(d)(2); he needs the Bankruptcy Court to certify,

pursuant to 28 U.S.C. § 753(f), that his instant appeal to the <u>District Court</u> is not frivolous.

*See* Order dated May 9, 2012 (Doc. 5) at 2 & n.1.

    IT IS SO ORDERED.


May 14, 2012                                                    s\Cathy Bissoon  
                                                               Cathy Bissoon  
                                                               United States District Judge

cc (via ECF email notification):

Gerald S. Lepre, Jr.

Counsel of Record for Appellee